

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00192-CV

**ANGELA AUSTIN, ET AL,**

**Appellant**

v.

**LIFE PARTNERS, INC.,**

**Appellee**

From the 74th District Court
McLennan County, Texas
Trial Court No. 2011-1876-3

## MEMORANDUM OPINION

Appellants, Angela Austin, et al., filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellants no longer wish to pursue the appeal. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed August 30, 2012
[CV06]